IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DANIEL E. JOHNSON, III | * | |
| | * | |
| v. | * | Civil No. JFM-00-3465 |
| | * | |
| GIANT FOOD, INC., et al. | * | |

## ORDER

For the reasons stated in the memorandum entered herewith and with the memorandum entered today in Muhammad v. Giant Food, Inc., Civil No. JFM-98-3565, it is, this 21st day of November 2000

ORDERED

1. The Clerk open a new file entitled "Daniel E. Johnson, III v. Giant Food, Inc., et al." without requiring plaintiff to file a filing fee;

2. All pleadings, motions, other court papers, and docket entries in Muhammad v. Giant Food, Inc., et al., Civil No. JFM-98-3565 are incorporated by reference;

3. Defendants' motions for summary judgment are granted; and

4. Judgment is entered in favor of defendants against plaintiff, Daniel E. Johnson, III.

J. Frederick Motz
United States District Judge