UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DANIEL E. JOHNSON, III        *
       *
v.        * Civil No. JFM-00-3465
       *
GIANT FOOD INC., et al.        *
       *
*****

## ORDER TO CORRECT THE DOCKET SHEET AND THE DISTRICT COURT RECORD

In light of the fact that the parties have agreed that the docket sheet and the district record should be corrected -- without waiver of or prejudice to any arguments either of the parties may have with respect to the relevancy of any of the documents or conference call hearings noted herein or to the completeness of the record -- it is ORDERED that Plaintiffs' Motion to Correct the Docket Sheet and District Court Record is GRANTED IN PART AND DENIED IN PART.

Accordingly, the CLERK OF THE COURT is DIRECTED to ENTER ON THE DOCKET SHEET and INCLUDE IN THE RECORD the following documents:

1.     Letter from Jo Ann P. Myles to the Honorable J. Frederick Motz (Oct. 4, 1998) (attached at Tab A);

2.     Letter from Robert P. Watkins to the Honorable J. Frederick Motz (Sept. 29, 1998) (attached at Tab B);

3.     Memo from the Court to Counsel (March 22, 1999) (attached at Tab C);

4. Letter from Kumiki Gibson to the Honorable J. Frederick Motz (Nov. 17, 1999) (attached at Tab D);

5. Memo from the Court to Counsel (Jan. 4, 2000) (attached at Tab E); and

6. Memo from the Court to Counsel (August 3, 2000) (attached at Tab F).

The CLERK OF THE COURT is FURTHER DIRECTED to ENTER ON THE DOCKET SHEET (for the specific dates indicated) the following telephone conference call hearings: (i) April 19, 2000; (ii) June 5, 2000; and (iii) June 22, 2000.

SO ORDERED, this ___ day of _____, 2001.

_____
J. Frederick Motz
United States District Judge