IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DANIEL JOHNSON, III        *
                           *
    v.                     *    Civil No. JFM-00-3465
                           *
GIANT FOOD, INC., ET AL.   *
                        *****

ORDER

Upon consideration of plaintiff's motion to alter, amend and/or supplement the court's order dated April 18, 2001, and the memorandum submitted in connection therewith, it is, this 11th day of June 2001

ORDERED that said motion be denied.

_____
J. Frederick Motz
United States District Judge

