JUDGMENT

FILED: August 12, 2004

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

NO. 01-1031
CA-98-3565-JFM

RAQIB A. MUHAMMAD

    Plaintiff - Appellant

AUG 13 2004

    and

KIMBERLY L.C. MARTIN

    Plaintiff

  v.

GIANT FOOD INCORPORATED; J. SAINSBURY (USA) HOLDING, a/k/a
The Sainsbury Group; PETE MANOS, CEO/President in his
individual and official capacity, Giant Food, Incorporated;
DEBRA LILLY, in her official capacity, Director of Fair
Employment Office, Giant Food, Incorporated; NICK SACCHETTI,
Store Manager in his official capacity, Giant Food,
Incorporated; BOB SCHOENING, Vice President, in his official
capacity, Giant Food, Incorporated

    Defendants - Appellees

    and

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION,
AFL-CIO Union Local 400

    Defendant

NO. 01-1032
CA-00-3465-JFM
CA-98-3565

DANIEL E JOHNSON, III

    Plaintiff - Appellant

   v

GIANT FOOD INC; PETE MANOS, CEO/President in his individual
and official capacity, Giant Food, Incorporated; DEBRA
LILLY, in her official capacity, Director of Fair Employment
Office, Giant Food, Incorporated; NICK SACCHETTI, Store
Manager in his official capacity, Giant Food, Incorporated;
BOB SCHOENING, Vice President, in his official capacity,
Giant Food, Incorporated

       Defendants - Appellees


                NO. 01-1033
                    CA-00-3466-JFM
                    CA-98-3565-JFM


DARNELL HART, on behalf of those persons similarly situated

       Plaintiff - Appellant


   v.

GIANT FOOD INCORPORATED; PETE MANOS, CEO/President in his
official capacity, Giant Food, Incorporated; DEBRA LILLY,
in her official capacity, Director of Fair Employment
Office, Giant Food, Incorporated; NICK SACCHETTI, Store
Manager in his official capacaity, Giant Food, Incorporated;
BOB SCHOENING, Vice President, in his official capacity,
Giant Food, Incorporated

       Defendants - Appellees


                 NO  01-1034
                    CA-00-3467-JFM
                    CA-98-3565-JFM


RONALD A. EVANS

       Plaintiff - Appellant



GIANT FOOD INC; PETE MANOS, CEO/President in his individual
and official capacity, Giant Food, Incorporated; DEBRA
LILLY, in her official capacity, Director of Fair Employment
Office, Giant Food, Incorporated; NICK SACCHETTI, Store
Manager in his official capacity, Giant Food, Incorporated;

BOB SCHOENING, Vice President, in his official capacity,
Giant Food, Incorporated

       Defendants - Appellees

                NO. 01-1035
                   CA-00-3468-JFM
                   CA-98-3565-JFM

LINDA A. JONES

       Plaintiff - Appellant

  v.

GIANT FOOD INC; PETE MANOS, CEO/President in his individual
and official capacity, Giant Food, Incorporated; DEBRA
LILLY, in her official capacity, Director of Fair Employment
office, Giant Food, Incorporated; NICK SACCHETTI, Store
Manager in his official capacity, Giant Food, Incorporated;
BOB SCHOENING, Vice President, in his official capacity,
Giant Food, Incorporated

       Defendants - Appellees

                NO 01-1036
                   CA-00-3469-JFM
                   CA-98-3565-JFM

MYRA B. JONES

       Plaintiff - Appellant

  v

GIANT FOOD INC; PETE MANOS, CEO/President in his individual
and official capacity, Giant Food, Incorporated; DEBRA
LILLY, in her official capacity, Director of Fair Employment
Office, Giant Food, Incorporated; NICK SACCHETTI, Store
Manager in his official capacity, Giant Food, Incorporated;
BOB SCHOENING, Vice President, in his official capacity,
Giant Food, Incorporated

       Defendants - Appellees

```
--------------------
```
Appeal from the United States District Court for the
District of Maryland at Baltimore
```
--------------------
```

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.


/s/ Patricia S. Connor
─────────────────────
CLERK